## JACKSON, ET AL. v. WADSWORTH.

### (Decided May 4, 1914.)

APPEAL from Autauga Chancery Court.

EUGENE BALLARD, and P. E. ALEXANDER, for appellant. LETCHER, McCORD & HAROLD, for appellee.

Per curiam. Appeal dismissed by appellant.

---

## JONES v. DIMMICK.

### (Decided January 21, 1915.)

APPEAL from Montgomery City Court.

Heard before Hon. GASTON GUNTER.

STEINER, CRUM & WEIL, for appellant. TYSON, WILSON & MARTIN, for appellee.

Per curiam. Dismissed by agreement.

---

## LANGSTON v. PHILLIPS.

### (Decided November 7, 1914.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

JERE C. KING, for appellant. WM. K. TERRY, for appellee.

SOMERVILLE, J.—The court did not err in denying the complaintant relief and dismissing her bill. Affirmed.

ANDERSON, C. J., and McCLELLAN and MAYFIELD, JJ., concur.